**COMMONWEALTH OF KENTUCKY**
**BULLITT CIRCUIT COURT**
**CASE NO._____________**

*ELECTRONICALLY FILED*

TAVARAS WIGGINS PLAINTIFF

v.

D'VAIREUS SMITH DEFENDANTS

Serve: Kentucky Secretary of State
700 Capital Avenue, Suite 152
Frankfort, KY 40601

and

WERNER ENTERPRISES, INC.

Serve: Corporate Creations Network Inc.
101 North Seventh Street
Louisville, KY 40202

---

**COMPLAINT**

---

COMES NOW the Plaintiff, Tavaras Wiggins, by and through his undersigned counsel of record, and brings this civil action against the Defendants, D'Vaireus B. Smith and Werner Enterprises, Inc., and states as follows.

**STATEMENT OF THE PARTIES**

1. At all times relevant hereto, the Plaintiff, Tavaras Wiggins, was a resident of Miami, Miami-Dade County, Florida.

2. At all times relevant hereto, the Defendant, D'Vaireus Smith, was a resident of Waverly Hall, Harris County, Georgia, therefore he may be served with process through serving the

20B78660-6A6C-4588-AC1E-E89B17E4E349 : 000001 of 000007
Presiding Judge: HON. RODNEY BURRESS (655271)
COM : 000001 of 000004

Kentucky Secretary of State. Upon information and belief, D'Vaireus Smith was driving for Werner Enterprises, Inc. at the time of the collision. This Court has personal jurisdiction over D'Vaireus Smith because he committed tortious conduct in Bullitt County, Kentucky. Accordingly, D'Vaireus Smith is subject to both general and specific jurisdiction in this Court.

3. Werner Enterprises, Inc. (hereinafter "Werner Enterprises") is a Foreign Corporation authorized to do business in the Commonwealth of Kentucky. Its principal office is located at 14507 Frontier Road, Omaha, Nebraska 68138. Werner Enterprises has named Corporate Creations Network Inc., 101 North Seventh Street, Louisville, Kentucky 40202 as its registered agent for service of process.

4. Jurisdiction and venue are proper in Bullitt County as all, or a substantial portion, of the events giving rise to this action occurred there and the amount in controversy exceeds the minimum jurisdictional amount of this Court.

**FACTUAL ALLEGATIONS**

5. Plaintiff re-alleges and incorporates all of the allegations above as if fully set forth herein.

6. On August 24, 2023, the Plaintiff, Tavaras Wiggins, had parked his vehicle, a tractor-trailer, at a Pilot Travel Center truck stop, located at 2050 East Blue Lick Road, Shepherdsville, Bullitt County, Kentucky 40165, and was sleeping in the bunk portion of his vehicle.

7. At the same time, Defendant Smith was operating a tractor-trailer for his employer, Defendant Werner Enterprises, looking for a parking spot at the same Pilot Travel Center where Tavaras Wiggins was parked.

8. Defendant Smith was driving through the parking lot at an unsafe speed and negligently struck the front of Tavaras Wiggins's parked vehicle, violently knocking Tavaras out of his bed and damaging the vehicle's front fender and headlight.

20B78660-6A6C-4588-AC1E-E89B17E4E349 : 000002 of 000007
Presiding Judge: HON. RODNEY BURRESS (655271)
COM : 000002 of 000004

Filed 24-CI-00487 05/13/2024 Paulita Keith, Bullitt Circuit Clerk

9. Defendant Smith then fled the scene of the collision and was later located by police after a witness helped to identify the USDOT number on his vehicle.

**COUNT I - NEGLIGENCE**

10. Plaintiff re-alleges and incorporates all of the allegations above as if fully set forth herein.

11. Defendant Smith's negligent inattention, misjudgment of clearance, and improper turn were a substantial factor in causing Tavaras Wiggins to suffer bodily injuries, and both physical and mental pain and suffering.

12. Defendant Smith's negligent inattention, misjudgment of clearance, and improper turn were a substantial factor in causing Tavaras Wiggins to incur expenses for medical care and treatment.

13. As a result of his injuries, Tavaras Wiggins has incurred lost wages and otherwise lost income, as well as lost future earning capacity due to his injuries.

14. Tavaras Wiggins's damages are in excess of the minimum dollar amount necessary to establish the jurisdiction of this Court.

**COUNT II – VICARIOUS LIABILITY**

15. Plaintiff re-alleges and incorporates all of the allegations above as if fully set forth herein.

16. Defendant Werner Enterprises authorized Defendant Smith to act as an agent, employee, and/or servant of Werner Enterprises.

17. Upon information and belief and at all times relevant to this action, Defendant Smith was operating the vehicle at the direction of and pursuant to his employment with Werner Enterprises, and was under the supervision, control, and/or guidance of Werner Enterprises.

18. Werner Enterprises is therefore vicariously liable for the actions of their employee, agent, and/or servant Defendant Smith.

20B78660-6A6C-4588-AC1E-E89B17E4E349 : 000003 of 000007
Presiding Judge: HON. RODNEY BURRESS (655271)
COM : 000003 of 000004

Filed 24-CI-00487 05/13/2024 Paulita Keith, Bullitt Circuit Clerk

Filed 24-CI-00487 05/13/2024 Paulita Keith, Bullitt Circuit Clerk

WHEREFORE, Tavaras Wiggins demands judgment against the Defendants as follows:

1. For his damages as appraised by a jury in amounts that will fairly compensate him for his harms and losses, including the following:

    a. Past and future mental and physical pain and suffering;

    b. Past and future medical expenses;

    c. Lost wages;

    d. Loss of future earning capacity;

    e. Pre-judgment and post-judgment interest, if appropriate.

2. A trial by jury;

3. His costs herein expended; and

4. Any and all other relief to which he may appear to be entitled.

Respectfully Submitted,

*/s/ David Barber*

David Barber | KY Bar No.: 85530
THOMAS LAW OFFICES, PLLC
9418 Norton Commons Blvd., Ste. 200
Louisville, KY 40059
Phone: 502-819-3375 | Fax: 502-309-2384
david.barber@thomaslawoffices.com
***Counsel for Plaintiff***

20B78660-6A6C-4588-AC1E-E89B17E4E349 : 000004 of 000007
Presiding Judge: HON. RODNEY BURRESS (655271)
COM : 000004 of 000004

Filed 24-CI-00487 05/13/2024 Paulita Keith, Bullitt Circuit Clerk

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **24-CI-00487**
Court: **CIRCUIT**
County: **BULLITT**

# CIVIL SUMMONS

*Plantiff,* **WIGGINS, TAVARAS VS. SMITH, D'VAIREUS ET AL**, *Defendant*

TO: **D'VAIREUS SMITH**
**119 ETOWAH TRAIL**
**WAVERLY HALL, GA 31831**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Paulita A. Keith
Bullitt Circuit Clerk
Date: **5/13/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ____________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00000238525
CIRCUIT: 24-CI-00487 Long Arm Statute – SOS - Restricted Delivery
WIGGINS, TAVARAS VS. SMITH, D'VAIREUS ET AL



eFiled

20B78660-6A6C-4588-AC1E-E89B17E4E349 : 000005 of 000007
Presiding Judge: HON. RODNEY BURRESS (655271)
CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **24-CI-00487**
Court: **CIRCUIT**
County: **BULLITT**

# CIVIL SUMMONS

*Plantiff,* **WIGGINS, TAVARAS VS. SMITH, D'VAIREUS ET AL**, *Defendant*

TO: **CORPORATE CREATIONS NETWORK, INC.**
**101 NORTH SEVENTH STREET**
**LOUISVILLE, KY 40202**

Memo: Related party is WERNER ENTERPRISES, INC.

The Commonwealth of Kentucky to Defendant:
**WERNER ENTERPRISES, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Paulita A. Keith
Bullitt Circuit Clerk
Date: **5/13/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00000238526
CIRCUIT: 24-CI-00487 Certified Mail
WIGGINS, TAVARAS VS. SMITH, D'VAIREUS ET AL



eFiled

20B78660-6A6C-4588-AC1E-E89B17E4E349 : 000006 of 000007
Presiding Judge: HON. RODNEY BURRESS (655271)
CI : 000001 of 000001

**Commonwealth of Kentucky**
**Paulita Keith, Bullitt Circuit Clerk**

**Case #:** 24-CI-00487 **Envelope #:** 7934587

**Received From:** DAVID BARBER **Account Of:** DAVID BARBER

**Case Title:** WIGGINS, TAVARAS VS. SMITH, D'VAIREUS ET AL **Confirmation Number:** 181322552

**Filed On** 5/13/2024 1:04:08PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $15.94 |
| 5 | Money Collected For Others(Postage) | $16.42 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Money Collected For Others(Secretary of State) | $17.25 |
| 8 | Library Fee | $1.00 |
| 9 | Civil Filing Fee | $150.00 |
| 10 | Charges For Services(Attestation) | $0.50 |
| 11 | Charges For Services(Copy - Photocopy) | $1.20 |
| 12 | Charges For Services(Copy - Photocopy) | $0.60 |
| 13 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $342.91 |

Generated: 5/13/2024



20B78660-6A6C-4588-AC1E-E89B17E4E349 : 000007 of 000007